IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAEL SNEED, | * |
| Plaintiff, | * |
| v. | Case No.7:21-cv-00132(WLS) |
| | * |
| PHILLIP CONNEL, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 22, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 23rd day of September, 2022.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk